```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 06272
    LORENZO L MITTS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
    SSN XXX-XX-9206


------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 03/17/2008 and was not confirmed.

    The case was dismissed without confirmation 06/26/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
CHASE MANHATTAN MORTGAGE   CURRENT MORTG          .00          .00          .00
CHASE MANHATTAN MORTGAGE   MORTGAGE ARRE     6000.00           .00          .00
COOK COUNTY TREASURER      SECURED           1200.00           .00          .00
INTERNAL REVENUE SERVICE   PRIORITY         30831.86           .00          .00
ARROW FINANCIAL SERV       UNSECURED          532.12           .00          .00
CAPITAL ONE                UNSECURED        NOT FILED          .00          .00
CHASE MANHATTAN            UNSECURED        NOT FILED          .00          .00
LVNV FUNDING               UNSECURED         1304.69           .00          .00
AMERITECH/SBC              UNSECURED        NOT FILED          .00          .00
COLUMBIA HOUSE DVD         UNSECURED        NOT FILED          .00          .00
DISCOVER FINANCIAL SERVI   UNSECURED         1128.11           .00          .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED          .00          .00
INTERNAL REVENUE SERVICE   UNSECURED        13913.11           .00          .00
ARROW FINANCIAL SERV       UNSECURED          155.36           .00          .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY      3,464.00                        .00
TOM VAUGHN                 TRUSTEE                                          .00
DEBTOR REFUND              REFUND                                           .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                            --------------    --------------
TOTALS                          .00                   .00



                PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 06272 LORENZO L MITTS
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/25/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```